No. 89–1827.   COUNTS *v.* BURLINGTON NORTHERN RAILROAD CO.   C. A. 9th Cir.   Certiorari denied.

No. 89–1828.   GILTNER ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–1831.   WALKER *v.* CONSUMERS POWER CO.   C. A. 6th Cir.   Certiorari denied.

No. 89–1832.   HEALTHCARE INTERNATIONAL, INC., ET AL. *v.* L & B HOSPITAL VENTURES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1833.   MARVIN *v.* GRAND LODGE IOOF OF NEBRASKA ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 89–1835.   KEITH *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–1837.   UNITED TRANSPORTATION UNION *v.* GRAND TRUNK WESTERN RAILROAD CO.   C. A. 6th Cir.   Certiorari denied.

No. 89–1840.   KULALANI, LTD., ET AL. *v.* COREY ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–1842.   BAKER ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE.   C. A. 4th Cir.   Certiorari denied.

No. 89–1846.   SCHWARCZ *v.* SCHWARCZ.   Super. Ct. Pa.   Certiorari denied.

No. 89–1847.   JONES *v.* TURNER BROADCASTING SYSTEM, INC.   Ct. App. Ga.   Certiorari denied.

No. 89–1848.   THOMAN *v.* CONCEPT, INC.   C. A. 5th Cir.   Certiorari denied.

No. 89–1850.   HORN ET UX. *v.* SMITH & MERONEY ET AL.   Ct. App. Ga.   Certiorari denied.